Jordan Susman, Esq. (SBN 246116)
jsusman@nolanheimann.com
Margo Arnold, Esq. (SBN 278288)
marnold@nolanheimann.com
NOLAN HEIMANN LLP
16133 Ventura Boulevard, Suite 820
Encino, California 91436
Telephone: (818) 574-5710
Fax: (818) 574-5689

Attorneys for Plaintiff
Prime Alliance Bank, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME ALLIANCE BANK, INC., a Utah corporation,<br><br>                Plaintiff<br><br>        vs.<br><br>EAGLE EYE PRODUCE CALIFORNIA, INC., an Idaho Corporation; EAGLE EYE PRODUCE, INC., an Idaho Corporation; DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.:  2:20-cv-01994-JAM-DB<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS BY 30 DAYS PENDING SETTLEMENT**<br><br>Action filed: October 5, 2020 |

1

Plaintiff Prime Alliance Bank, Inc. ("Plaintiff") and defendants Eagle Eye Produce California, Inc. and Eagle Eye Produce, Inc. (collectively, "Defendants"), (collectively, "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on October 5, 2020, in the United States District Court, Eastern District of California;

WHEREAS, Plaintiff served Defendant with the Complaint on October 26, 2020;

WHEREAS, the Parties stipulated on November 11, 2020, to extend the time for Defendant to respond to Plaintiff's Complaint to December 14, 2020;

WHEREAS, Defendant filed its Answer on December 14, 2020;

WHEREAS, the Parties are actively involved in settlement negotiations and agree that a stay in the proceedings will allow the Parties time to hopefully resolve this dispute and reach a mutually agreeable settlement of the matter without burdening the Court and the Parties with unnecessary litigation;

WHEREAS, pending the anticipated finalization of the Parties' settlement, Plaintiff and Defendant hereby stipulate to stay the current proceedings between them and all subsequent deadlines by 30 days;

WHEREAS, notwithstanding the stay, and in order to facilitate settlement, the Parties stipulate that Plaintiff shall be permitted to serve subpoenas to produce documents, information or objects upon third parties Ironplanet, Inc. and Leasing Innovations Incorporated (the "Third Party Subpoenas");

///
///
///
///
///
///
///

NOW THEREFORE, with the exception of allowing Plaintiff to serve and enforce the Third Party Subpoenas, the Parties hereby stipulate to stay all proceedings in the above captioned action for 30 days.

IT IS SO STIPULATED.

Dated: December 18, 2020          NOLAN HEIMANN, LLP

By: _____*/s/ Jordan Susman*_____
Jordan Susman
Attorneys for Plaintiff
Prime Alliance Bank, Inc.

Dated: December 18, 2020          PARSONS BEHLE & LATIMER

By: */s/ Brook Bond (as authorized on Dec. 18, 2020)*
Brook B. Bond
Attorneys for Defendants
Eagle Eye Produce California, Inc.
Eagle Eye Produce, Inc

IT IS SO ORDERED.

Dated: December 18, 2020          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE